IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PRECIOUS SILVA,

    Plaintiff,

vs.                                                                                     CIV 16-0956 KBM

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(D)

THIS MATTER is before the Court on the Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act filed on December 6, 2017. [Doc. 26]. The parties have stipulated to EAJA fees in the amount of $7,500.00 for work performed in 2016 and 2017. The Court being otherwise fully advised in the premises, finds that the motion is well-taken and will be granted.

Wherefore,

**IT IS HEREBY ORDERED** that the motion is **granted**, and Plaintiff is awarded $7,500.00 in attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). *See Astrue v. Ratliff*, 560 U.S. 586, 591-93 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

**IT IS FURTHER ORDERED** that, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

Dated: December 6, 2017.

_____
THE HONORABLE KAREN B. MOLZEN
UNITED STATES CHIEF MAGISTRATE JUDGE

Submitted By:
/s/Michael D. Armstrong
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B,
Albuquerque, NM 87108
Bus. (505) 890-9056 Fax. (505) 266-5860

Approval On 12/6/17
Thomas H. Kraus
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169 Denver, Colorado 80294-4003
(303) 844-0017
Tom.Kraus@ssa.gov